IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kori Womack | : | |
| | : | No. 18-15115-mdc |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Court Order dated April 4, 2019 was served upon all interested parties via first class regular mail on April 8, 2019.

Date: 4/16/19                                                                                         /s/ Erik B. Jensen
                                                                                                              Erik B. Jensen, Esquire
                                                                                                              *Attorney for Debtor*