UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Kori J. Womack

13

Bky No. 18-15115-mdc

Debtor(s).

**ORDER**

**AND NOW,** this __16th__ day of __April__, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $0.00 already paid with a remaining balance of $3,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:   **Jensen Bagnato, P.C.
ERIK B. JENSEN, ESQUIRE
1500 Walnut Street
Suite 1920
Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

******************************************

Kori J. Womack
2129 Stenton Avenue
Philadelphia PA 19138