United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kori J. Womack
     Debtor

Case No. 18-15115-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Apr 16, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db          +Kori J. Womack,   2129 Stenton Avenue,   Philadelphia, PA 19138-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
          ERIK B. JENSEN   on behalf of Debtor Kori J. Womack akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                  TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Kori J. Womack

13

Bky No. 18-15115-mdc

Debtor(s).

**ORDER**

**AND NOW,** this ___16th___ day of _____April_____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $0.00 already paid with a remaining balance of $3,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:   Jensen Bagnato, P.C.
      **ERIK B. JENSEN, ESQUIRE**
      **1500 Walnut Street**
      **Suite 1920**
      **Philadelphia, PA   19102**

      William C. Miller, Esquire
      Chapter 13 Trustee
      Post Office Box 40119
      Philadelphia, PA 19106

******************************************

      Kori J. Womack
      2129 Stenton Avenue
      Philadelphia PA 19138